UNITED STATES BANKRUPTCY COURT
FOR DISTRICT OF DELAWARE

| In re:<br><br>KAISER GROUP INTERNATIONAL, INC., *et al.*,<br><br>Debtors. | :<br>:<br>:<br>:<br>:<br>:<br>: | Chapter 11<br><br>Case No. 00-2263 (MFW)<br><br>(Jointly Administered)<br><br>Related to Docket No. 1974 |
|---|---|---|
| KAISER INTERNATIONAL, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>NOVA HUT a.s. and INTERNATIONAL FINANCE CORPORATION,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | <br><br><br><br>Adv. No. 01-928 (MFW)<br><br><br>Related to Docket No. 328 |

**NOTICE OF APPEAL OF ORDER DENYING DEBTORS' MOTION FOR AN ORDER PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004, OR ALTERNATIVELY A BILL OF EQUITABLE DISCOVERY, DIRECTING EXAMINATION OF, AND PRODUCTION OF DOCUMENTS BY THE INTERNATIONAL FINANCE CORPORATION, NOVA HUT, AND RELATED PARTIES**

Please take note that Kaiser International, Inc. (formerly known as ICF Kaiser International, Inc.) and a number of affiliates ( the "Debtors"), plaintiffs in the above captioned adversary proceedings, hereby appeals the *Order Denying Debtors' Motion for an Order Pursuant to Federal Rule of Bankruptcy Procedure 2004, or Alternatively a Bill of Equitable Discovery, Directing Examination of, and Production of Documents by the International Finance Corporation* (the "Final Order") entered by the Honorable Mary F. Walrath, Chief Bankruptcy Judge of the United States Bankruptcy Court for the District of Delaware, on June 1, 2007. (A copy of the Final Order is attached to this Notice of Appeal as **Exhibit "A"**). The

Final Order is hereby appealed pursuant to the provisions of 28 U.S.C. § 158 and the Federal Rules of Bankruptcy Procedure 8001, *et seq.*

The parties to the Final Order appealed from and the names and addresses of their respective attorneys are as follows:

    1.    Nova Hut, a.s.

> Victoria Counihan, Esquire
> Greenberg Traurig, LLP
> The Nemours Building
> 1007 North Orange Street, Suite 1200
> Wilmington, DE 19801
> (302) 661-7000
>
> -and-
>
> Adam D. Cole, Esquire
> Greenberg Traurig, LLP
> 200 Park Avenue
> New York, NY 10166
> (212) 801-9200
>
> -and-
>
> Annapoorni R. Sankaran, Esquire
> Greenberg Traurig, LLP
> One International Place, 20th Floor
> Boston, MA 02110
> (617) 310-6000

    2.    International Finance Corporation:

> Robert J. Stearn, Jr., Esquire
> Richards, Layton & Finger, P.A.
> One Rodney Square
> P.O. Box 551
> Wilmington, DE 19899
> (302) 651-7830
>
> -and-

Warren Zirkle, Esquire
McGuire Woods LLP
1750 Tysons Boulevard
Suite 1800
McLean, VA 22102-4215
(703) 712-5371

        Respectfully submitted,

        SAUL EWING, LLP

        _____
        Mark Minuti (No. 2659)
        222 Delaware Avenue, Suite 1200
        P.O. Box 1266
        Wilmington, DE 19899
        302-421-6840

            -and-

        George E. Rahn, Jr.
        Risa B. Greene
        Centre Square West
        1500 Market Street, 38th Floor
        Philadelphia, PA 19102
        215-972-7165

            -and-

        Jonathan M. Landers
        Robert K. Dakis
        GIBSON, DUNN & CRUTCHER LLP
        200 Park Avenue
        New York. New York 10166
        212-351-4000

        Attorneys for Debtors
        and Debtors in Possession

Dated: June 8, 2007

# Exhibit "A"

Order

IN THE UNITED STATES BANKRUPTCY COURT
FOR DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| KAISER GROUP INTERNATIONAL, INC., *et al.*, | : : : | Case No. 00-2263 (MFW) |
| | : | (Jointly Administered) |
| Debtors. | : : | Related to Docket No. 1941 |
| KAISER INTERNATIONAL, INC., *et al.*, | : : | |
| Plaintiffs, | : : | |
| v. | : : | Adv. No. 01-928 (MFW) |
| NOVA HUT a.s. and INTERNATIONAL FINANCE CORPORATION, | : : : | |
| Defendants. | : : | Related to Docket Nos. 281, 282, 283, 299, 303, 304, 305, 306 and 310 |

**ORDER DENYING DEBTORS' MOTION FOR AN ORDER PURSUANT
TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004, OR ALTERNATIVELY
A BILL OF EQUITABLE DISCOVERY, DIRECTING EXAMINATION OF, AND
PRODUCTION OF DOCUMENTS BY THE INTERNATIONAL FINANCE
CORPORATION, NOVA HUT, AND RELATED PARTIES**

AND NOW, this 31st day of May 2007, the Court having considered the Debtors' Motion for an Order Pursuant to Federal Rule of Bankruptcy Procedure 2004, or Alternatively a Bill of Equitable Discovery, Directing Examination of, and Production of Documents by the International Finance Corporation, Nova Hut, and Related Parties (the "Motion"), the oppositions (the "Oppositions") to the Motion filed by the International Finance Corporation and Mittal Steel Ostrava, a.s. (formerly Nova Hut, a.s.), and the additional pleadings and declarations filed in connection with the Motion and Oppositions; and the Court having conducted a hearing (the "Hearing") on the Motion on April 25, 2007; and the Court finding that good and sufficient notice of the Motion having been given; and the Court otherwise being fully advised in the

premises; it is HEREBY ORDERED that the Motion is DENIED for the reasons set forth on the record at the Hearing.

                                                            */s/ Mary Walrath*
                                          HONORABLE MARY WALRATH
                                          UNITED STATES BANKRUPTCY JUDGE