## UNITED STATES BANKRUPTCY COURT
## FOR DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re:<br><br>KAISER GROUP INTERNATIONAL, INC., *et al.*,<br><br>Debtors. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Chapter 11<br><br>Case No. 00-2263 (MFW)<br><br>(Jointly Administered)<br><br>Related to Docket Nos. 1976 and 1978<br><br>This appeal has been docketed in the United States District Court for the District of Delaware in Case No. 07-mc-00124 (UNA) |
| KAISER INTERNATIONAL, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>NOVA HUT a.s. and INTERNATIONAL FINANCE CORPORATION,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Adv. No. 01-928 (MFW)<br><br>Related to Docket Nos. 338 and 340<br><br>This appeal has been docketed in the United States District Court for the District of Delaware in Case No. 07-mc-00125 (UNA) |

**DEBTORS' REQUEST FOR ORAL ARGUMENT IN CONNECTION WITH STATEMENT AND MOTION IN SUPPORT OF APPEAL OR GRANTING LEAVE TO APPEAL OF DEBTORS' MOTION FOR AN ORDER PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004, OR ALTERNATIVELY A BILL OF EQUITABLE DISCOVERY, DIRECTING EXAMINATION OF, AND PRODUCTION OF DOCUMENTS BY THE INTERNATIONAL FINANCE CORPORATION, NOVA HUT, AND RELATED PARTIES**

NOW COMES Kaiser Group International, Inc. et al. (collectively the "Debtors"), by and through their undersigned counsel, pursuant to D. Del. LR 7.1.4., and hereby respectfully request oral argument in connection with their Statement and Motion in Support of Appeal or Granting Leave to Appeal of Debtors' Motion for an Order Pursuant to Federal Rule of Bankruptcy Procedure 2004, or Alternatively a Bill of Equitable Discovery, Directing Examination of, and

Production of Documents by the International Finance Corporation, Nova Hut, and Related Parties (the "Statement").[1]  Briefing on the Debtors' Statement is now completed.

> Respectfully submitted,
>
> SAUL EWING, LLP
>
> *[signature]*
>
> Mark Minuti (No. 2659)
> 222 Delaware Avenue, Suite 1200
> P.O. Box 1266
> Wilmington, DE 19899
> 302-421-6840
>
> and-
>
> George E. Rahn, Jr.
> Centre Square West
> 1500 Market Street, 38th Floor
> Philadelphia, PA 19102
> 215-972-7165
>
> -and-
>
> Jonathan M. Landers
> Robert K. Dakis
> GIBSON, DUNN & CRUTCHER LLP
> 200 Park Avenue
> New York. NY 10166
> 212-351-4000
>
> Attorneys for Debtors
> and Debtors in Possession

Dated: June 26, 2007

---

[1] This request is being filed without prejudice to the Debtors' position that the Bankruptcy Court order at issue is a final order from which the Debtors have a right of direct appeal.

UNITED STATES BANKRUPTCY COURT
FOR DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re:<br><br>KAISER GROUP INTERNATIONAL, INC., *et al.*,<br><br>Debtors. | : : : : : : : | Chapter 11<br><br>Case No. 00-2263 (MFW)<br><br>(Jointly Administered)<br><br>This appeal has been docketed in the United States District Court for the District of Delaware in Case No. 07-mc-00124 (UNA) |
| KAISER INTERNATIONAL, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>NOVA HUT a.s. and INTERNATIONAL FINANCE CORPORATION,<br><br>Defendants. | : : : : : : : : : : | Adv. No. 01-928 (MFW)<br><br>This appeal has been docketed in the United States District Court for the District of Delaware in Case No. 07-mc-00125 (UNA) |

### CERTIFICATE OF SERVICE

I, Mark Minuti, Esquire of Saul Ewing LLP hereby certify that on June 26, 2007 a copy of the foregoing **Debtors' Request for Oral Argument in Connection with Statement and Motion in Support of Appeal or Granting Leave to Appeal of Debtors' Motion for an Order Pursuant to Federal Rule of Bankruptcy Procedure 2004, or Alternatively a Bill of Equitable Discovery, Directing Examination of, and Production of Documents by the International Finance Corporation, Nova Hut, and Related Parties** was served on the parties on the attached service list in the manner indicated.

                                                Mark Minuti (No. 2659)
                                                **SAUL EWING LLP**
                                                222 Delaware Avenue, Suite 1200
                                                P.O. Box 1266
                                                Wilmington, DE  19899
                                                (302) 421-6800

549453.1 6/26/07

-2-

# KAISER GROUP INTERNATIONAL, INC., *et al.* v. NOVA HUT, *et al.*
## Service List

**Via Hand Delivery:**
Victoria Watson Counihan, Esquire
Greenberg Traurig, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE  19801

Robert J. Stearn, Jr., Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

**Via U.S. Mail:**
Adam D. Cole, Esquire
Greenberg Traurig, LLP
200 Park Avenue
New York, NY  10166

Annapoorni R. Sankaran, Esquire
Greenberg Traurig, LLP
One International Place, 20th Floor
Boston, MA  02110

Warren E. Zirkle, Esquire
McGuire Woods LLP
1750 Tysons Blvd., Suite 1800
McLean, VA  22102