IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------x
In re:                                          :   Chapter 11
                                                :
KAISER GROUP INTERNATIONAL,                     :   Case No. 00-2263 (MFW)
INC., et al.,                                   :   Adv. P. No. 01-928 (MFW)
                                                :
                              Debtors.          :   (Jointly Administered)
------------------------------------------------x
                                                :
KAISER GROUP INTERNATIONAL,                     :
INC., et al.,                                   :
                              Plaintiffs,       :
                                                :
        - against -                             :   C.A. No. 07-124 (JJF)
                                                :
ARCELORMITTAL STEEL OSTRAVA,                    :
a.s. and INTERNATIONAL FINANCE                  :
CORPORATION,                                    :
                                                :
                              Defendants.       :
------------------------------------------------x
                                                :
KAISER GROUP INTERNATIONAL,                     :
INC., et al.,                                   :
                              Plaintiffs,       :
                                                :
        - against -                             :   C.A. No. 07-125 (JJF)
                                                :
ARCELORMITTAL STEEL OSTRAVA,                    :
a.s. and INTERNATIONAL FINANCE                  :
CORPORATION,                                    :
                                                :
                              Defendants.       :
------------------------------------------------x
```

**CROSS-MOTION OF ARCELORMITTAL STEEL OSTRAVA, A.S.
(FORMERLY NOVA HUT, A.S.) FOR DAMAGES AND COSTS
<u>PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 8020</u>**

Defendant ArcelorMittal Steel Ostrava, a.s. (formerly Nova Hut, a.s.) ("Nova Hut"), by and through its undersigned counsel, hereby moves (the "Motion") pursuant to Rule 8020 of the

Federal Rules of Bankruptcy Procedure and 28 U.S.C. § 1927, for damages and costs on the grounds that the Debtors' Motion for Leave to Supplement the Record or, Alternatively, to Remand the Case to the Bankruptcy Court for Reconsideration Based on Newly Discovered Evidence Pursuant to Rule 60(b)(2) is frivolous.

In support of this Motion, Nova Hut relies upon the Memorandum of Law in Opposition to Debtors' Motion to Supplement the Record or, Alternatively, to Remand the Case to the Bankruptcy Court for Reconsideration Based on Newly Discovered Evidence Pursuant to Rule 60(b)(2), and in Support of Cross-Motion for Damages and Costs filed contemporaneously herewith.

Dated: March 17, 2008

GREENBERG TRAURIG, LLP

_____
Victoria Watson Counihan (No. 3488)
Dennis A. Meloro (No. 4435)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
(302) 661-7000
counihanv@gtlaw.com
melorod@gtlaw.com

— and —

Adam D. Cole
GREENBERG TRAURIG, LLP
885 Third Avenue
New York, New York 10022
(212) 848-1000

*Attorneys for ArcelorMittal Steel Ostrava, a.s. (formerly Nova Hut, a.s.)*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------x
In re:                                    :    Chapter 11
                                          :
KAISER GROUP INTERNATIONAL,               :    Case No. 00-2263 (MFW)
INC., et al.,                             :    Adv. P. No. 01-928 (MFW)
                                          :
                         Debtors.         :    (Jointly Administered)
-----------------------------------------x
KAISER GROUP INTERNATIONAL,               :
INC., et al.,                             :
                                          :
                         Plaintiffs,      :
                                          :
          - against -                     :    C.A. No. 07-124 (JJF)
                                          :
ARCELORMITTAL STEEL OSTRAVA,              :
a.s. and INTERNATIONAL FINANCE            :
CORPORATION,                              :
                                          :
                         Defendants.      :
-----------------------------------------x
KAISER GROUP INTERNATIONAL,               :
INC., et al.,                             :
                                          :
                         Plaintiffs,      :
                                          :
          - against -                     :    C.A. No. 07-125 (JJF)
                                          :
ARCELORMITTAL STEEL OSTRAVA,              :
a.s. and INTERNATIONAL FINANCE            :
CORPORATION,                              :
                                          :
                         Defendants.      :
-----------------------------------------x
```

## CERTIFICATE OF SERVICE

I, Dennis A. Meloro, being duly sworn according to law, deposes and says that I am employed by Greenberg Traurig, LLP, which is counsel for Defendant Nova Hut, a.s. (n/k/a ArcelorMittal Steel Ostrava, a.s.), and that on March 17, 2008, caused to be served copies of the following to be served upon the parties listed below in the manner indicated:

- *Cross-Motion for Damages and Costs Pursuant to Federal Rule of Bankruptcy Procedure 8020*
- *Memorandum Of Law In Opposition To Debtors' Motion To Supplement The Record Or, Alternatively, To Remand The Case To The Bankruptcy Court For Reconsideration Based On Newly Discovered Evidence Pursuant To Rule 60(B)(2), And In Support Of Cross-Motion For Damages And Costs*

| VIA FEDERAL EXPRESS:<br>George E. Rahn, Jr., Esq.<br>Saul Ewing LLP<br>Centre Square West<br>1500 Market Street, 38th Floor<br>Philadelphia, PA 19102 | VIA HAND DELIVERY AND CM/ECF NOTIFICATION:<br>Mark Minuti, Esq.<br>Saul Ewing, LLP<br>222 Delaware Avenue, Suite 1200<br>Wilmington, DE 19801 |
|---|---|
| VIA FEDERAL EXPRESS:<br>Warren Zirkle, Esq.<br>McGuire Woods LLP<br>1750 Tysons Boulevard, Suite 1800<br>McLean, VA 22102-4215 | VIA HAND DELIVERY AND CM/ECF NOTIFICATION:<br>Robert J. Stearn, Jr., Esq.<br>Richards Layton & Finger<br>One Rodney Square<br>Wilmington, DE 19801 |
| VIA FEDERAL EXPRESS:<br>Jonathan Landers, Esq.<br>Gibson Dunn & Crutcher LLP<br>200 Park Avenue<br>New York NY 10166 | |

Dated: March 17, 2008

GREENBERG TRAURIG, LLP

_____
Dennis A. Meloro (No. 4435)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
Telephone: 302-661-7000
melorod@gtlaw.com

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------x
In re:                                   :
                                         :   Chapter 11
KAISER GROUP INTERNATIONAL,              :
INC., et al.,                            :   Case No. 00-2263 (MFW)
                                         :   Adv. P. No. 01-928 (MFW)
                    Debtors.             :
                                         :   (Jointly Administered)
-----------------------------------------x
KAISER GROUP INTERNATIONAL,              :
INC., et al.,                            :
                                         :
                    Plaintiffs,          :
                                         :
          - against -                    :   C.A. No. 07-124 (JJF)
                                         :
ARCELORMITTAL STEEL OSTRAVA,             :
a.s. and INTERNATIONAL FINANCE           :
CORPORATION,                             :
                                         :
                    Defendants.          :
-----------------------------------------x
KAISER GROUP INTERNATIONAL,              :
INC., et al.,                            :
                                         :
                    Plaintiffs,          :
                                         :
          - against -                    :   C.A. No. 07-125 (JJF)
                                         :
ARCELORMITTAL STEEL OSTRAVA,             :
a.s. and INTERNATIONAL FINANCE           :
CORPORATION,                             :
                                         :
                    Defendants.          :
-----------------------------------------x
```

**ORDER GRANTING CROSS-MOTION OF ARCELORMITTAL STEEL OSTRAVA, A.S. (FORMERLY NOVA HUT, A.S.) FOR DAMAGES AND COSTS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 8020**

Upon the motion (the "Motion") of ArcelorMittal Steel Ostrava, a.s. (formerly Nova Hut, a.s.) ("Nova Hut"), for the entry of an Order awarding Nova Hut damages and costs, pursuant to Federal Rule of Bankruptcy Procedure 8020 and 28 U.S.C. § 1927, in connection with the

DEL 86,211,000v2 3/17/2008

Debtors' Motion for Leave to Supplement the Record or, Alternatively, to Remand the Case to the Bankruptcy Court for Reconsideration Based on Newly Discovered Evidence Pursuant to Rule 60(b)(2); and notice of the Motion having been given; and it appearing that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor; it is hereby

### ORDERED, ADJUDGED, AND DECREED that:

1. The Motion is GRANTED.

2. Nova Hut is ordered to file its reasonable costs and damages with the Court within ten (10) days of this Order.

3. This Court shall retain jurisdiction with respect to all matters and disputes arising out of or relating to the implementation of the Motion and/or the implementation of this Order.

Dated: _____, 2008

_____
Joseph J. Farnan, Jr.
United States District Court Judge