UNITED STATES DISTRICT COURT
FOR DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re:<br><br>KAISER GROUP INTERNATIONAL, INC., *et al.*,<br><br>Debtors. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Chapter 11<br><br>Case No. 00-2263 (MFW)<br>Adv. No. 01-928( (MW)<br><br>(Jointly Administered) |
| KAISER INTERNATIONAL, INC., *et al.*,<br><br>Appellant,<br><br>v.<br><br>ARCELORMITTAL STEEL OSTRAVA a.s., formerly known as NOVA HUT a.s. and INTERNATIONAL FINANCE CORPORATION,<br><br>Appellees. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Case No. 07-124 (JJF)<br><br><br><br>Related to Docket No. 6 |
| KAISER INTERNATIONAL, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ARCELORMITTAL STEEL OSTRAVA a.s., formerly known as NOVA HUT a.s. and INTERNATIONAL FINANCE CORPORATION,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Case No. No. 07-125 (JJF)<br><br><br><br>Related to Docket No. 8 |

**STIPULATION AND ORDER REGARDING EXTENSION OF TIME
TO FILE REPLY IN SUPPORT OF DEBTORS' MOTION FOR LEAVE TO
SUPPLEMENT THE RECORD OR, ALTERNATIVELY, TO REMAND
THE CASE TO THE BANKRUPTCY COURT FOR RECONSIDERATION BASED
ON NEWLY DISCOVERY EVIDENCE PURSUANT TO RULE 60(b)(2)**

This Stipulation (the "Stipulation") is entered into by appellants Kaiser International, Inc.,

*et al.* ("Kaiser"), and appellees ArcelorMittal Steel Ostrava, a.s., formerly known as Nova Hut

557575 1 3/25/08

a.s. ("ArcelorMittal") and International Finance Corporation ("IFC") in the above-captioned cases, by and through their counsel, and is based upon the following facts:

## RECITALS

1. On or about March 6, 2008, Kaiser filed the Debtors' Motion for Leave to Supplement the Record or, Alternatively, to Remand the Case to the Bankruptcy Court for Reconsideration Based on Newly Discovery Evidence Pursuant to Rule 60(b)(2) (the "Motion") [Docket Nos. 6 and 8] in the above captioned cases.

2. On or about March 17, 2008, ArcelorMittal filed its Cross-Motion for Damages and Costs Pursuant to Federal Rule of Bankruptcy Procedure 8020 [Docket Nos. 8 and 9] and its Memorandum of Law in Opposition to the Motion and in Support of its Cross-Motion [Docket Nos. 9 and 10].

3. On or about March 17, 2008, IFC filed its Opposition to the Motion [Docket No. 7].

4. Pursuant to Local Rule 7.1.2(b), Kaiser's reply in support of the Motion is due March 25, 2008.

5. The parties agree and stipulate to extend the response date by which Kaiser must file its reply in support of the Motion until April 1, 2008.

6. This Stipulation is without prejudice to request further extensions.

IN CONSIDERATION OF THE FOREGOING, it is hereby stipulated by and between the parties, by and through their respective counsel, as follows:

## STIPULATION

A.   The date by which Kaiser may file its reply in support of the Motion shall be extended until and including April 1, 2008.

B.   This Stipulation may be executed in counterparts, which shall be considered together as a single document. Furthermore, this Stipulation may be executed by facsimile copy, and facsimile signatures will be treated as original signatures.

C.   This Stipulation is without prejudice to any request(s) further extensions.

IT IS SO STIPULATED.

| SAUL EWING LLP | GREENBERG TRAURIG, LLP |
|---|---|
| By _____ | By _____ |
| Mark Minuti (No. 2659) | Victoria Counihan (No. 3488) |
| Jeremy W. Ryan (No. 4057) | Dennis Meloro (No. 4435) |
| 222 Delaware Ave., Suite 1200 | The Nemours Building |
| P.O. Box 1266 | 1007 North Orange Street, Suite 1200 |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| (302) 421-6840 | (302) 661-7000 |
| | |
| Attorneys for Appellants Kaiser International, Inc., *et al.* | -and- |
| | Adam D. Cole |
| | 885 Third Avenue |
| | New York, NY 10022 |
| | (212) 848-1000 |
| | |
| | Attorney for Appellee ArcelorMittal Steel Ostrava, a.s. (formerly Nova Hut, a.s.) |

RICHARDS, LAYTON & FINGER, P.A.

By /s/ Robert J. Stearn
Robert J. Stearn, Jr. (No. 2915)
Lee E. Kaufman (No. 4877)
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700

   -and-

Warren E. Zirkle
McGUIRE WOODS LLP
1750 Tysons Blvd., Suite 1800
McLean, VA 22012
(703) 712-5000

Attorneys for Appellee International Finance Corporation


Dated: March 25, 2008

                    SO ORDERED this ___ day of _____, 2008


                    _____
                    Joseph J. Farnan, Jr.
                    United States District Court Judge