UNITED STATES DISTRICT COURT
FOR DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re:<br><br>KAISER GROUP INTERNATIONAL, INC., *et al.*,<br><br>Debtors. | :<br>:<br>:<br>:<br>:<br>:<br>: | Chapter 11<br><br>Case No. 00-2263 (MFW)<br>Adv. No. 01-928( (MW)<br><br>(Jointly Administered) |
| KAISER INTERNATIONAL, INC., *et al.*,<br><br>Appellants,<br><br>v.<br><br>ARCELORMITTAL STEEL OSTRAVA a.s., formerly known as NOVA HUT a.s. and INTERNATIONAL FINANCE CORPORATION,<br><br>Appellees. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | <br><br><br><br>Case No. 07-124 (JJF)<br><br><br><br><br><br>Related to Docket Nos. 6, 7, 8, 9,<br>11 and 12 |
| KAISER INTERNATIONAL, INC., *et al.*,<br><br>Appellants,<br><br>v.<br><br>ARCELORMITTAL STEEL OSTRAVA a.s., formerly known as NOVA HUT a.s. and INTERNATIONAL FINANCE CORPORATION,<br><br>Appellees. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | <br><br><br><br>Case No. No. 07-125 (JJF)<br><br><br><br><br><br>Related to Docket Nos. 8, 9, 10, 12<br>and 13 |

**APPELLANTS' REQUEST FOR ORAL ARGUMENT
ON THEIR MOTION FOR LEAVE TO SUPPLEMENT THE
RECORD OR, ALTERNATIVELY, TO REMAND THE CASE TO
THE BANKRUPTCY COURT FOR RECONSIDERATION BASED
ON NEWLY DISCOVERY EVIDENCE PURSUANT TO RULE 60(b)(2)**

NOW COMES Appellants Kaiser International, Inc., *et al.* (collectively "Appellants"), by and through its undersigned counsel, pursuant to D. Del. LR 7.1.4., and hereby respectfully

request oral argument in connection with Debtors' Motion for Leave to Supplement the Record or, Alternatively, to Remand the Case to the Bankruptcy Court for Reconsideration Based on Newly Discovery Evidence Pursuant to Rule 60(b)(2) (the "Motion"). Briefing on Appellants' Motion is now completed.

        Respectfully submitted,

        SAUL EWING LLP

        /s/ Mark Minuti

        Mark Minuti (No. 2659)
        Jeremy W. Ryan (No. 4057)
        222 Delaware Avenue, Suite 1200
        P.O. Box 1266
        Wilmington, DE 19899
        302-421-6840

        and

        George E. Rahn, Jr.
        Centre Square West
        1500 Market Street, 38th Floor
        Philadelphia, PA 19102
        215-972-7165

        Attorneys for Debtors
        and Debtors in Possession

Dated: April 11, 2008

UNITED STATES DISTRICT COURT
FOR DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re:<br><br>KAISER GROUP INTERNATIONAL, INC., *et al.*,<br><br>Debtors. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | Chapter 11<br><br>Case No. 00-2263 (MFW)<br>Adv. No. 01-928( (MW)<br><br>(Jointly Administered) |
| KAISER INTERNATIONAL, INC., *et al.*,<br><br>Appellant,<br><br>v.<br><br>ARCELORMITTAL STEEL OSTRAVA a.s., formerly known as NOVA HUT a.s. and INTERNATIONAL FINANCE CORPORATION,<br><br>Appellees. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | Case No. 07-124 (JJF) |
| KAISER INTERNATIONAL, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ARCELORMITTAL STEEL OSTRAVA a.s., formerly known as NOVA HUT a.s. and INTERNATIONAL FINANCE CORPORATION,<br><br>Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | Case No. No. 07-125 (JJF) |

**CERTIFICATE OF SERVICE**

I, Mark Minuti, Esquire of Saul Ewing LLP hereby certify that on April 11, 2008 a copy of the foregoing **Appellants' Request for Oral Argument on Their Motion for Leave to Supplement the Record or, Alternatively, to Remand the Case to the Bankruptcy Court for**

**Reconsideration Based on Newly Discovery Evidence Pursuant to Rule 60(b)(2)** was served on the parties on the attached service list in the manner indicated.

_____
Mark Minuti (No. 2659)
**SAUL EWING LLP**
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6800

KAISER GROUP INTERNATIONAL, INC., *et al.* v. NOVA HUT, *et al.*
Service List

**Via Hand Delivery:**
Victoria Watson Counihan, Esquire
Greenberg Traurig, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

Robert J. Stearn, Jr., Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

**Via First Class U.S. Mail:**
Adam D. Cole, Esquire
Greenberg Traurig, LLP
200 Park Avenue
New York, NY 10166

Annapoorni R. Sankaran, Esquire
Greenberg Traurig, LLP
One International Place, 20th Floor
Boston, MA 02110

Warren E. Zirkle, Esquire
McGuire Woods LLP
1750 Tysons Blvd., Suite 1800
McLean, VA 22102